IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LINCOLN,

        Plaintiff,                      No. CIV S-05-265 DFL KJM PS

    vs.

WILLIAM ROSENBERG, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. By order filed March 29, 2005, plaintiff was directed to submit completed USM-285 forms for service of summons on defendants. Although plaintiff has submitted USM-285 forms, the addresses identified on the forms are insufficient for service of summons on the individual defendants. <u>See</u> Federal Rule of Civil Procedure 4. Plaintiff therefore will be granted an extension of time to submit forms with sufficient information to properly serve defendants.

        At the time of filing the complaint in this action, plaintiff also filed a request for preliminary injunctive relief prohibiting defendants from proceeding with eviction proceedings. Since that time, plaintiff has filed a change of address to a post office box. It is not clear from the record whether plaintiff has experienced a change of physical address that would appear to moot plaintiff's request for preliminary injunctive relief. Plaintiff therefore will be directed to

1 show cause why the February 10, 2005 request for preliminary injunctive relief is not moot.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the completed Notice to the court with
5 one completed USM-285 form for each defendant named in the complaint with addresses
6 identified therein that comply with Federal Rule of Civil Procedure 4.

7       2. Within ten days from the date of this order, plaintiff shall show cause in
8 writing why the request for preliminary injunctive relief filed February 10, 2005 is not moot.
9 Specifically, plaintiff shall state whether his physical address has changed since filing the request
10 for preliminary injunctive relief.

11       3. Failure to comply with this order may result in a recommendation that this
12 action be dismissed.

13 DATED: April 28, 2005.

                        UNITED STATES MAGISTRATE JUDGE

20 006
lincoln.ngafu

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LINCOLN,

        Plaintiff,                  No. CIV S-05-265 DFL KJM PS

    vs.

WILLIAM ROSENBERG, et al.,      NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the complaint

DATED:

                                                                   Plaintiff