IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LINCOLN,

      Plaintiff,                  No. CIV S-05-0265 DFL KJM PS

      vs.

WILLIAM ROSENBERG, et al.,

      Defendants.             <u>FINDINGS & RECOMMENDATIONS</u>

_____/

      At the time of filing the complaint in this action, plaintiff also filed a request for preliminary injunctive relief prohibiting defendants from proceeding with eviction proceedings. Since that time, plaintiff has filed a change of address to a post office box. Because it was not clear from the record whether plaintiff had experienced a change of physical address that would moot plaintiff's request for preliminary injunctive relief, an order was filed April 29, 2005 directing plaintiff to show cause within ten days why the request for preliminary injunctive relief was not moot. Ten days have since passed, and plaintiff has not shown cause why the request for preliminary injunctive relief is not moot or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's February 10, 2005 motion for preliminary injunction be denied.

/////

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
lincoln.ufb