IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LINCOLN,

     Plaintiff,                    No. CIV S-05-0265 DFL KJM PS

     vs.

WILLIAM ROSENBERG, et al.,

     Defendants.             <u>ORDER</u>

_____/

     Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

     On May 18, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days.  No objections to the findings and recommendations have been filed.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1     1. The findings and recommendations filed May 18, 2005, are adopted in full; and

2     2. Plaintiff's February 10, 2005 motion for preliminary injunction is denied.

3 DATED: 6/23/2005

                                      /s/ David F. Levi
                                  UNITED STATES DISTRICT JUDGE

linc0254.801

2