IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LINCOLN,

      Plaintiff,                      No. CIV S-05-0265 DFL KJM PS

    vs.

WILLIAM ROSENBERG, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 29, 2005, this court directed plaintiff to submit, within thirty days, a Notice of Submission of Documents together with one completed USM-285 form for each defendant named in the complaint; plaintiff was directed to provide sufficient information on the forms to allow for service. Thirty days have since passed, and plaintiff has not filed these documents with the information required, or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
2  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
3  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED:   June 27, 2005.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

11  linc0265.ftc